UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Johnie Wright, Jr.,

    Plaintiff,

        v.                    Case No. 1:20cv369

Stagnaro distributing, LLC,        Judge Michael R. Barrett

    Defendant.

**CALENDAR ORDER**

Pursuant to the filing of the Rule 26(f) Report by the parties on July 28, 2020 (Doc. 6), this case shall proceed as follows:

1. Telephone Status Conference[1]: **August 19, 2020 at 11:00 am**

    Settlement Demand: **September 3, 2020**
    Response: **September 24, 2020**

2. Deadline to file motion for leave to amend the complaint: **August 10, 2020**

3. Deadline for motions relative to the pleadings: **August 24, 2020**

4. Deadline for disclosure of expert witnesses and submission of expert reports[2]:
    Plaintiff disclosure and report of experts: **December 1, 2020**
    Defendant disclosure and report of experts: **January 15, 2021**
    Disclosure and report of rebuttal experts: **February 12, 2021**
    Disclosure of non-expert (fact) witnesses: **September 30, 2020**

5. Discovery to be completed by[3]: **April 9, 2021**

6. Dispositive motion deadline[4]: **May 10, 2021**

7. Settlement Conference[5]: **July 1, 2021 at 10:00 am, Room 239**

---

[1] Conferencing instructions to be provided by a separate notice which will follow this Order. These instructions shall be used each time the Court conducts a telephone conference.

[2] Disclosure of Experts, Expert reports, and non-expert (fact) witnesses are not required to be filed with the Court.

[3] Counsel shall not presume that a pending motion stays their obligation to complete discovery by this date.

[4] Counsel shall familiarize themselves with the Court's Standing Orders and S.D. Ohio Civ. R. The Court will not read beyond 20 pages unless leave has been previously sought and granted. This Court requires courtesy copies of all substantive motions be delivered to chambers upon filing.

[5] Special Instructions regarding settlement: 1. All parties must bring their client or a representative with full settlement

8.     Joint Final Pretrial Order/Jury Instructions: **Submitted to the Court one week prior to the final pretrial conference**

9.     Final pretrial conference:   **October 28, 2021 at 11:00 am, Room 239**

10.    Jury Trial:   **December 2021, Courtroom 109**

   **IT IS SO ORDERED.**

                              *s/Michael R. Barrett*
                              Michael R. Barrett, Judge
                              United States District Court

---

authority.   Failure to follow this requirement will result in sanctions; 2.   Each counsel must prepare and submit via hand delivery to the Court or via the chamber's email address at: barrett_chambers@ohsd.uscourts.gov a letter no longer than five pages one week prior to the conference a synopsis of the case and the status of any settlement negotiations to date.   These letters **NEED NOT** be filed with the Clerk's Office nor exchanged with opposing counsel.