## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Johnie Wright, Jr.,

    Plaintiff,

    v.                                            Case No. 1:20cv369

Stagnaro Distributing, LLC,               Judge Michael R. Barrett

    Defendant.

## ORDER

Pursuant to notification by the parties that this matter is settled; it is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within forty-five (45) days, reopen the action. The Court retains jurisdiction.

**IT IS SO ORDERED.**

                                                *s/Michael R. Barrett*
                                                Michael R. Barrett, Judge
                                                United States District Court