**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JOHNIE WRIGHT, JR.,** | : | Case No. 1:20-cv-00369-MRB |
| | : | |
| Plaintiff, | : | Judge Barrett |
| | : | |
| v. | : | |
| | : | |
| **STAGNARO DISTRIBUTING, LLC** | : | |
| | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A) of the Federal Rules Of Civil Procedure, and upon agreement of the parties, all claims asserted by Plaintiff Johnie Wright, Jr. in the above-captioned matter are hereby dismissed in their entirety, with prejudice to the re-filing of the same. Each party shall bear its own Court Costs.

AGREED:

## CERTIFICATE OF SERVICE

| | |
|---|---|
| */s/ Stephen E. Imm* | */s/ Chad E. Willits (per authorization)* |
| Stephen E. Imm (#0040068) | Chad E. Willits, Esq. (#0066541) |
| Matthew S. Okiishi (#0096706) | Robert W. Lotz, Esq. (#0098761) |
| Finney Law Firm, LLC | REMINGER Co., LPA |
| 4270 Ivy Pointe Blvd., Suite 225 | 525 Vine Street, Suite 1500 |
| Cincinnati, Ohio 45245 | Cincinnati, Ohio 45202 |
| T: 513-943-5678 | T: 513-455-4024 |
| F: 513-943-6669 | F: 513-721-2553 |
| stephen@finneylawfirm.com | cwillits@reminger.com |
| matt@finneylawfirm.com | rlotz@reminger.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and accurate copy of the foregoing has been electronically filed on the 4th day of January 2023 and electronically served upon all counsel of record on the same date through the CM/ECF of the USDC for the Southern District of Ohio.

      */s/ Matthew S. Okiishi*
      Matthew S. Okiishi (0096706)